UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1686-RN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> THE UNITED STATES OF AMERICA ) <br> FOR A SEARCH WARRANT FOR: ) <br> WELLS FARGO BANK ) <br> SAFE DEPOSIT BOX #A0170 ) <br> 6615 KNIGHTDALE BLVD. ) <br> KNIOHGTDALE, NC 27545 | **ORDER TO UNSEAL** |

Upon motion of the Government, the search warrant Application and Affidavit in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: August 13, 2015

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge